IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KEITH BROWN,                          )
      Plaintiff,                )
                                     )
     vs.                        )          Civil Action No. 05-826
                                     )
COMMISSIONER JEFFREY BEARD,           )
et al.,                               )
      Defendants.               )

## O R D E R

AND NOW, this 16 day of November, 2005, after the plaintiff, Keith Brown,

filed an action in the above-captioned case, and after a motion to dismiss was submitted by

defendant Adam Edelman, and after a Report and Recommendation was filed by the United

States Magistrate Judge granting the parties ten days after being served with a copy to file written

objections thereto, and upon consideration of the objections filed by defendant Adam Edelman,

and upon independent review of the motion and the record, and upon consideration of the

Magistrate Judge's Report and Recommendation (Docket No. 70), which is adopted as the

opinion of this Court,

IT IS ORDERED that the Motion to Dismiss Plaintiff's Second Amended

Complaint submitted on behalf of defendant Adam Edelman (Docket No. 53) is denied.

 

_____
Donetta W. Ambrose
United States Chief District Judge