IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH BROWN,<br>      Plaintiff,<br><br>vs.<br><br>COMMISSIONER JEFFREY BEARD,<br>et al.,<br>      Defendants. | Civil Action No. 05-826 |

## ORDER

AND NOW, this 26th day of July, 2006, after the plaintiff, Keith Brown, filed an action in the above-captioned case, and after motions to dismiss were submitted by defendants Dr. Ravindranath Kolli and Adam Edelman, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 110), which is adopted as the opinion of this Court,

IT IS ORDERED that the amended complaint (Docket No. 52) is dismissed for plaintiff's failure to prosecute.

IT IS FURTHER ORDERED that the motion to dismiss filed by defendant Dr. Ravindranath Kolli (Docket No. 106) is dismissed as moot.

IT IS FURTHER ORDERED that the motion to dismiss filed by defendant Adam Edelman (Docket No. 108) is dismissed as moot.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P. *This case is closed.*

*Donetta F. Ambrose*
Donetta W. Ambrose
United States Chief District Judge

cc: Keith Brown
5341 Greenway Avenue
Philadelphia, PA 19143